FILED
CLERK, U.S. DISTRICT COURT

MAR 2 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD T. CANN,<br><br>          Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>          Defendant. | Case No. CV 03-8359-CT<br><br>JUDGMENT |

Pursuant to the order of the court, **IT IS ADJUDGED** that the petition for attorney's fees pursuant to 42 U.S.C. section 406(b) be **GRANTED** as follows:  Counsel is awarded attorneys' fees under section 406(b) in the amount of $4,310.00 for representation of plaintiff before this court.  Counsel shall refund to plaintiff the amount of $2,450.00, which represents fees counsel previously received under the Equal Access to Justice Act.

DATED: MAR 2 0 2008 _____

_Carolyn Turchin_

CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE